# UNITED STATES DISTRICT COURT

for the
District of Colorado

**MICHAEL SCOFIELD, on behalf of himself and others similarly situated**

*Plaintiff*

v.

**EDDINGTON LAW FIRM, LLC; LAWFTY, LLC**

*Defendant*

Civil Action No. 1:26-cv-04182-STV

## AFFIDAVIT OF SERVICE

I, Austin Taylor-Coleman, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EDDINGTON LAW FIRM, LLC in Denver County, CO on September 14, 2026 at 2:09 pm at 1391 Speer Blvd, Ste 350, Denver, CO 80204-2578 by leaving the following documents with Jen Ayala who, as a paralegal, is authorized by appointment or by law to receive service of process for EDDINGTON LAW FIRM, LLC.

SUMMONS IN A CIVIL ACTION, COMPLAINT — CLASS ACTION, CIVIL COVER SHEET, CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE, ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION, ORDER SETTING DEADLINE FOR FILING ELECTION

Race: Hispanic or Latino, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.7385574859,-104.9978675353
Photograph: See Exhibit 1

Total Cost: $90.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Adams County,

CO on 9/15/2026.

/s/ Austin Taylor-Coleman

Signature
Austin Taylor-Coleman
+1 (720) 822-3843


Exhibit 1a)
EDDINGTON
LAW FIRM