# AFFIDAVIT OF SERVICE

| Case: 1:26-CV-4182-STV | Court: UNITED STATES DISTRCIT COURT FOR THE DISTRICT OF COLORADO | County: | Job: 16927830 |
|---|---|---|---|
| **Plaintiff / Petitioner:** MICHAEL SCOFIELD | | **Defendant / Respondent:** EDDINGTON LAW FIRM, LLC AND LAWFTY, LLC | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Perrong Law, Esq | |
| **To be served upon:** LAWFTY, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Britney Williams, Company: 131 Continental Drive SUITE 301, Newark, DE 19713
**Manner of Service:** Registered Agent, Sep 23, 2026, 10:50 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY TRIAL DEMANDED, CIVIL COVER SHEET

**Additional Comments:**
1) Successful Attempt: Sep 23, 2026, 10:50 am EDT at Company: 131 Continental Drive SUITE 301, Newark, DE 19713 received by Britney Williams. Age: 30's; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Document Specialist;

9/23/26

Stephen Kempski **Date**

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678