**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04182-STV

MICHAEL SCOFIELD, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

EDDINGTON LAW FIRM, LLC, and LAWFTY, LLC,

Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Eddington Law Firm, LLC ,

LAWFTY, LLC ,

Dated: October 2, 2026

By: */s/ Justin O. Kay*

Justin O. Kay
Bar ID: CO061678
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email:justin.kay@faegredrinker.com

*Counsel for Defendants Eddington Law firm and Lawfty LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Andrew Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 215 5529
Facsimile: (888) 329-0305
Email: a@perronglaw.com
*Counsel for Plaintiff Michael Scofield*

*/s/ Justin O. Kay*