**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04182-STV

MICHAEL SCOFIELD, on behalf of himself and others similarly situated,

Plaintiff,

v.

EDDINGTON LAW FIRM, LLC, and LAWFTY, LLC,

Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Eddington Law Firm, LLC,

LAWFTY, LLC,

Dated: October 2, 2026

By: */s/ Paul A. Rosenthal*

Paul A. Rosenthal
Bar ID: NJ02491200
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email:paul.rosenthal@faegredrinker.com

*Counsel for Defendants Eddington Law firm and Lawfty LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Andrew Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 215 5529
Facsimile: (888) 329-0305
Email: a@perronglaw.com
*Counsel for Plaintiff Michael Scofield*

*/s/ Paul A. Rosenthal*