**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04182-STV

MICHAEL SCOFIELD, on behalf of himself and others similarly situated,

Plaintiff,

v.

EDDINGTON LAW FIRM, LLC, and LAWFTY, LLC,

Defendants.

---

**STIPULATED EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT UNDER D.C.COLO.LCIVR 6.1(a)**

---

Plaintiff Michael Scofield and Defendants Eddington Law Firm, LLC ("Eddington Law") and Lawfty, LLC ("Lawfty") stipulate under D.C.COLO.LCivR 6.1(a) to extend each Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by 21 days. The parties state as follows:

1. Plaintiff filed his Complaint on September 7, 2026.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Eddington Law must respond to the Complaint by October 5, 2026, and Lawfty must respond by October 14, 2026.

3. Defendants recently engaged joint counsel, and counsel requires more time to investigate the allegations and prepare a response.

4. Local Rule 6.1(a) allows the parties to stipulate in writing to one extension of 21 days beyond the Federal Rules' deadline to respond to a pleading. D.C.COLO.LCivR 6.1(a).

5. The parties agree that Defendants shall have a joint deadline of **October 26, 2026,** to answer or otherwise respond to the Complaint, which is 21 days after the earliest current response deadline of October 5, 2026.

6. Neither Defendant has received a previous extension of its response deadline

Dated: October 2, 2026

By: */s/ Andrew Perrong*
Andrew Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 215 5529
Facsimile: (888) 329-0305
Email: a@perronglaw.com

*Counsel for Plaintiff Michael Scofield*

By: */s/ Justin O. Kay*
Justin O. Kay
Bar ID: 61678
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: justin.kay@faegredrinker.com

Paul A. Rosenthal
Bar ID: NJ02491200
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email:
paul.rosenthal@faegredrinker.com

*Counsel for Defendants Eddington Law firm and Lawfty LLC*