**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04182-STV

MICHAEL SCOFIELD, on behalf of himself and others similarly situated,

Plaintiff,

v.

EDDINGTON LAW FIRM, LLC, and LAWFTY, LLC,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendants Eddington Law Firm, LLC ("Eddington Law") and Lawfty, LLC ("Lawfty") (together, "Defendants"), respectfully submit the following Unopposed Motion to extend the time to respond to Plaintiff Michael Scofield's Complaint under D.C.COLO.LCivR 6.1 (b) from October 26, 2026 to November 10, 2026. In support of this motion, Defendants state as follows:

**CERTIFICATE OF CONFERRAL**

On October 12, 2026, counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff does not oppose this motion or extension of time for Defendants' responses to the Complaint.

**MOTION**

1. On September 7, 2026, Plaintiff filed his Complaint based on alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227

2. On October 2, 2026, the parties filed a Stipulated Extension of Time for Defendants' Response to Complaint under D.C.COLO.LCivR 6.1(a), which set a joint response for both Defendants to **October 26, 2026**.

3. Defendants respectfully move for an additional extension of time to respond to Plaintiff's Complaint by 15 days to **November 10, 2026.**

4. This is Defendants' first request to the Court for an extension of time to respond to Plaintiff's Complaint under D.C.COLO.LCivR 6.1 (b) after receiving the stipulated extension under D.C.COLO.LCivR 6.1(a)

5. This motion is made in good faith and not for purposes of delay. Defendants' counsel requires additional time to perform a reasonable investigation into Plaintiff's underlying allegations to adequately prepare a response.

6. Plaintiff does not oppose the extension of time. Further, no trial has been set, and no party will be prejudiced by this request.

Respectfully submitted this 13th day of October 2026.

By: *<u>/s/ Justin O. Kay</u>*

Justin O. Kay
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600

Email:
justin.kay@faegredrinker.com

Paul A. Rosenthal
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email:
paul.rosenthal@faegredrinker.com

*Counsel for Defendants Eddington Law firm and Lawfty LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing document was e-filed with the Court through the CM/ECF system for all parties, and also e-served through CM/ECF on all counsel of record in this case.

*/s/ Justin O. Kay*
Justin O. Kay