**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04182-STV

MICHAEL SCOFIELD, on behalf of himself and others similarly situated,

Plaintiff,

v.

EDDINGTON LAW FIRM, LLC, and LAWFTY, LLC,

Defendants.

---

# SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

---

Defendants Eddington Law Firm, LLC ("Eddington Law") and Lawfty, LLC ("Lawfty") (together, "Defendants"), respectfully submit the following Second Unopposed Motion to extend the time to respond to Plaintiff Michael Scofield's Complaint under D.C.COLO.LCivR 6.1 (b) from November 10, 2026 to December 10, 2026. In support of this motion, Defendants state as follows:

## CERTIFICATE OF CONFERRAL

Counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff does not oppose this motion or extension of time for Defendants' responses to the Complaint.

**MOTION**

1. On September 7, 2026, Plaintiff filed his Complaint based on alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2. On October 2, 2026, the parties filed a Stipulated Extension of Time for Defendants' Response to Complaint under D.C.COLO.LCivR 6.1(a), which set a joint response for both Defendants to October 26, 2026.

3. On October 13, 2026, Defendants filed their first Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint under D.C.COLO.LCivR 6.1 (b), which sought to extend Defendants' response deadline to **November 10, 2026** and which the Court granted on October 13, 2026.

4. Defendants respectfully move for an additional extension of time to respond to Plaintiff's Complaint by 30 days to **December 10, 2026.**

5. This is Defendants' second request to the Court for an extension of time to respond to Plaintiff's Complaint under D.C.COLO.LCivR 6.1 (b).

6. This motion is made in good faith and not for purposes of delay. The parties have continued to confer regarding the underlying facts and allegations in the Complaint, and Defendants require additional time to direct an investigation to adequately prepare a response.

7. Plaintiff does not oppose the extension of time. Further, no trial has been set, and no party will be prejudiced by this request.

Respectfully submitted this 29th day of October 2026.

By: */s/ Paul A. Rosenthal*
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
Email:
paul.rosenthal@faegredrinker.com

Justin O. Kay
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email:
justin.kay@faegredrinker.com

*Counsel for Defendants Eddington Law firm and Lawfty LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a true and correct copy of the foregoing document was e-filed with the Court through the CM/ECF system for all parties, and also e-served through CM/ECF on all counsel of record in this case.

*/s/ Paul A. Rosenthal*